THE STATE OF OHIO, APPELLEE, *v*. CHANDLER, APPELLANT.

[Cite as *State v. Chandler,* 134 Ohio St.3d 501, 2012-Ohio-5735.]

*Court of appeals' judgment reversed on the authority of* State v. Billiter.

(No. 2011-1733—Submitted December 4, 2012—Decided December 6, 2012.)

APPEAL from the Court of Appeals for Stark County,

No. 2010-CA-00295, 2011-Ohio-4387.

_____

**{¶ 1}** The judgment of the court of appeals is reversed on the authority of *State v. Billiter*, 134 Ohio St.3d 103, 2012-Ohio-5144, 980 N.E.2d 960, and the cause is remanded to the court of appeals for further proceedings consistent with this court's opinion in *State v. Billiter*.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, CUPP, and MCGEE BROWN, JJ., concur.

LUNDBERG STRATTON and LANZINGER, JJ., dissent for the reasons stated in their separate opinions in *State v. Billiter*.

_____

John D. Ferrero, Stark County Prosecuting Attorney, and Renee M. Watson, Assistant Prosecuting Attorney, for appellee.

Timothy Young, Ohio Public Defender, and E. Kelly Mihocik, Assistant Public Defender, for appellant.

_____